**Order filed July 30, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

NOS. 01-12-01138-CR
01-12-01139-CR
01-12-01140-CR
01-12-001141-CR
_____

**JEROME GOODY, APPELLANT**

**V.**

**«STYLE2», Appellee**

**On Appeal from the 178th District Court«TrialCourt»**
**Harris County, Texas**
**Trial Court Cause Nos. 1339911, 1339912, 1339913, 1339914**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **sealed exhibits.**

The clerk of the 178th District Court is directed to deliver to the Clerk of this court the original of the sealed exhibits, on or before August 6, 2013**.** The Clerk of this court is directed to receive, maintain, and keep safe under seal these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the originals of the sealed exhibits to the clerk of the 178th District Court.

PER CURIAM